## Call Log to Kevin & Karen Scheunemann's phone
(262)-339-5425 (Exhibit "B")

| Illegal call # | Caller ID number | Call originated from | Date | Time |
|---|---|---|---|---|
| 1 | 1-800-414-8319 | Palisades Collection | 5/28/2009 | 4:35 P.M. |
| 2 | 1-800-414-8319 | Palisades Collection | 5/29/2009 | 1:43 P.M. |
| 3 | 1-800-414-8319 | Palisades Collection | 6/1/2009 | unavailable |
| 4 | 1-800-414-8319 | Palisades Collection | 6/2/2009 | unavailable |
| 5 | 1-800-414-8319 | Palisades Collection | 6/3/2009 | unavailable |
| 6 | 1-800-414-8319 | Palisades Collection | 6/4/2009 | unavailable |
| 7 | 1-800-414-8319 | Palisades Collection | 6/5/2009 | unavailable |
| 8 | 1-800-414-8319 | Palisades Collection | 6/8/2009 | unavailable |
| 9 | 1-800-414-8319 | Palisades Collection | 6/9/2009 | unavailable |
| 10 | 1-800-414-8319 | Palisades Collection | 6/10/2009 | unavailable |
| 11 | 1-800-414-8319 | Palisades Collection | 6/11/2009 | unavailable |
| 12 | 1-800-414-8319 | Palisades Collection | 6/12/2009 | unavailable |
| 13 | 1-800-414-8319 | Palisades Collection | 6/15/2009 | unavailable |
| 14 | 1-800-414-8319 | Palisades Collection | 6/16/2009 | unavailable |
| 15 | 1-800-414-8319 | Palisades Collection | 6/17/2009 | 7:33 P.M. |
| 16 | 1-800-414-8319 | Palisades Collection | 6/18/2009 | 11:08 A.M. |
| 17 | 1-800-414-8319 | Palisades Collection | 6/19/2009 | 2:40 P.M. |
| 18 | 1-800-414-8319 | Palisades Collection | 6/22/2009 | 12:47 P.M. |
| 19 | 1-800-414-8319 | Palisades Collection | 6/23/2009 | 12:27 P.M. |
| 20 | 1-800-414-8319 | Palisades Collection | 6/24/2009 | 2:25 P.M. |
| 21 | 1-800-414-8319 | Palisades Collection | 6/25/2009 | 11:22 A.M. |
| 22 | 1-800-414-8319 | Palisades Collection | 6/26/2009 | 8:18 P.M. |
| 23 | 1-800-414-8319 | Palisades Collection | 6/29/2009 | 12:47 P.M. |
| 24 | 1-800-414-8319 | Palisades Collection | 7/1/2009 | 8:50 P.M. |
| 25 | 1-800-414-8319 | Palisades Collection | 7/2/2009 | unavailable |
| 26 | 1-800-414-8319 | Palisades Collection | 7/7/2009 | 12:21 P..M |
| 27 | 1-800-414-8319 | Palisades Collection | 7/9/2009 | 8:11 A.M. |
| 28 | 1-800-414-8319 | Palisades Collection | 7/10/2009 | 1:36 P.M. |
| 29 | 1-800-414-8319 | Palisades Collection | 7/14/2009 | 8:31 A.M. |
| 30 | 1-800-414-8319 | Palisades Collection | 7/15/2009 | 6:37 P.M. |
| 31 | 1-800-414-8319 | Palisades Collection | 7/17/2009 | 4:26 P.M. |
| 32 | 1-800-414-8319 | Palisades Collection | 7/20/2009 | 2:55 P.M. |
| 33 | 1-800-414-8319 | Palisades Collection | 7/21/2009 | 8:13 P.M. |
| 34 | 1-800-414-8319 | Palisades Collection | 7/23/2009 | 9:35 A.M. |
| 35 | 1-800-414-8319 | Palisades Collection | 7/23/2009 | 5:41 P.M. |
| 36 | 1-800-414-8319 | Palisades Collection | 7/24/2009 | 1:31 P.M. |
| 37 | 1-800-414-8319 | Palisades Collection | 7/27/2009 | 12:39 P.M. |
| 38 | 1-800-414-8319 | Palisades Collection | 7/28/2009 | 11:57 A.M. |
| 39 | 1-800-414-8319 | Palisades Collection | 7/29/2009 | 8:17 P.M. |
| 40 | 1-800-414-8319 | Palisades Collection | 7/30/2009 | 3:10 P.M. |
| 41 | 1-800-414-8319 | Palisades Collection | 7/31/2009 | 12:27 P.M. |
| 42 | 1-800-414-8319 | Palisades Collection | 8/1/2009 | 8:58 A.M. |
| 43 | 1-800-414-8319 | Palisades Collection | 8/3/2009 | 1:33 P.M. |
| 44 | 1-800-414-8319 | Palisades Collection | 8/4/2009 | 6:06 P.M. |
| 45 | 1-800-414-8319 | Palisades Collection | 8/5/2009 | 12:58 P.M. |
| 46 | 1-800-414-8319 | Palisades Collection | 8/6/2009 | 4:52 P.M. |
| 47 | 1-800-414-8319 | Palisades Collection | 8/7/2009 | 8:45 A.M. |