# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Kevin & Karen Scheunemann,
   Plaintiff,

v.   Court File No.: 3:09-cv-00601-slc

Palisades Collection, LLC,
   Defendant.

---

### PLAINTIFF, KEVIN & KAREN SCHEUNEMANN'S MOTION TO DISMISS ALL CLAIMS AND CAUSES OF ACTION

  PLAINTIFFS, KEVIN & KAREN SCHEUNEMANN, hereby move this court, to DISMISS the above captioned case. The parties involved have reached a settlement in this case. If needed, the signed and executed settlement agreement can be forwarded to the court upon request.

Dated this _____ day of _____, 2010

_____
Kevin Scheunemann
210 Dream Catcher Dr.
Kewaskum, WI 53040
262-339-5425

_____
Karen Scheunemann
210 Dream Catcher Dr.
Kewaskum, WI 53040
262-339-5425