IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Kevin & Karen Scheunemann,

    Plaintiff,     **Court File No.: 3:09-cv-00601-slc**

v.

Palisades Collection, LLC,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

Based upon the stipulation of the parties, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

Dated: April 19, 2010.

BY THE COURT:

_____
Honorable William M. Conley
Chief Judge of U.S. District Court

1582423v1